UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-62963-CIV-SMITH

YETI COOLERS, LLC,

        Plaintiff,

vs.

OUTLETYETICUP.COM, *et al.*,

        Defendants.
_____/

## ORDER GRANTING MOTION TO UNSEAL

THIS CAUSE came before the Court upon Plaintiff's Motion to Unseal [DE 20]. Plaintiff requests that all documents previously filed under seal be unsealed as a seal on this matter is no longer required. Accordingly, it is

**ORDERED** that:

1. Plaintiff's Motion to Unseal [DE 20] is **GRANTED**.

2. The Clerk of Court is hereby **DIRECTED** to **UNSEAL** all docket entries in this case and return those portions of the Court file to public records.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of December, 2019.

                                            RODNEY SMITH
                                            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record